IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRISTOPHER LOONEY, individually and
on behalf of all others similarly situated,
and JASON NELSON                                                                               PLAINTIFFS

v.                              Case No. 4:21-cv-00165-KGB

WECO, INC., and GARY WAINWRIGHT                                                       DEFENDANTS

## ORDER

Before the Court is separate plaintiff Jason Nelson's unopposed motion for voluntary dismissal without prejudice (Dkt. No. 35). Mr. Nelson represents that it is his desire to dismiss voluntarily all of his claims currently pending in this case (*Id.*, ¶ 3). Accordingly, Mr. Nelson requests that the Court dismiss his claims without prejudice (*Id.*, ¶ 4). Mr. Nelson states that he has conferred with counsel for defendants Weco, Inc., and Gary Wainwright, and they are not opposed to this motion (*Id.*, ¶ 5). For good cause shown, the Court grants the motion and dismisses without prejudice Mr. Nelson's claims against defendants (Dkt. No. 35).

It is so ordered this 17th day of April, 2023.

_____
Kristine G. Baker
United States District Judge