IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER LOONEY, individually and
on behalf of all others similarly situated**                                     **PLAINTIFF**

**v.**                                **Case No. 4:21-cv-00165-KGB**

**WECO, INC., and GARY WAINWRIGHT**                                     **DEFENDANTS**

## ORDER

Before the Court is the parties' joint motion for continuance of trial and request for magistrate settlement conference (Dkt. No. 37).  The parties request that this matter be referred for a settlement conference before a United States Magistrate Judge (*Id.*).  The parties also state that, if they are unable to reach a settlement either before or during the settlement conference, the parties will require additional time to complete necessary additional discovery (*Id.*).  Accordingly, the parties request that the Court continue the trial setting of June 26, 2023, and refer this matter to a United States Magistrate Judge for a settlement conference (*Id.*).

For good cause shown, the Court grants the parties' joint motion (Dkt. No. 37).  The Court refers this matter to United States Magistrate Judge J. Thomas Ray to schedule and conduct a settlement conference between the parties.  The Court removes this matter from the trial calendar for the week of June 26, 2023 (Dkt. No. 24).  The Court will issue an amended final scheduling order that resets the trial date and certain pretrial deadlines by separate Order, if appropriate.

It is so ordered this 18th April, 2023.

_____
Kristine G. Baker
United States District Judge