(Post. 07/06/2021)

# United States District Court
## Eastern District of Arkansas

Christopher Looney, et al.

**NOTICE**

v.

Weco Inc., et al.

CASE NUMBER: 4:21-CV-165-KGB

| TYPE OF CASE: | ☒ CIVIL | ☐ CRIMINAL |
|---|---|---|

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse 500 West Capitol Little Rock, Arkansas  72201 | 1C |
| | DATE AND TIME |
| | 8/1/2023 at 10:00 AM |

TYPE OF PROCEEDING

Settlement Conference before Magistrate Judge J. Thomas Ray

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | ROOM NO. | CONTINUED TO, DATE AND TIME |
|---|---|---|
| Richard Sheppard Arnold United States Courthouse 500 West Capitol Little Rock, Arkansas  72201 | | |

Tammy H. Downs, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

6/15/2023
DATE

Suzy Flippen
(BY) DEPUTY CLERK

To:  Joshua Sanford
     Daniel D. Ford
     Roger Todd Wooten
     Tony A. DiCarlo III