(Post. 07/06/2021)

# United States District Court
## *Eastern District of Arkansas*

Christopher Looney, et al.

# NOTICE

v.

Weco Inc., et al.

CASE NUMBER:   4:21-CV-165-KGB

| TYPE OF CASE: | ☒ **CIVIL** | ☐ **CRIMINAL** |
|---|---|---|

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE  Richard Sheppard Arnold United States Courthouse 500 West Capitol Little Rock, Arkansas  72201 | ROOM NO.  1C |
|---|---|
| | DATE AND TIME  8/1/2023 at 10:00 AM |

TYPE OF PROCEEDING

Settlement Conference before Magistrate Judge J. Thomas Ray

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE  Richard Sheppard Arnold United States Courthouse 500 West Capitol Little Rock, Arkansas  72201 | ROOM NO. | CONTINUED TO, DATE AND TIME |
|---|---|---|

Tammy H. Downs, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

7/26/2023

DATE

Suzy Flippen

(BY) DEPUTY CLERK

To:

Joshua Sanford
Daniel D. Ford
Roger Todd Wooten
Tony A. DiCarlo III