UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRISTOPHER LOONEY, *et al.*                                            PLAINTIFFS

V.                              NO. 4:21-CV-165-KGB

WECO INC. AND GARY WAINWRIGHT                        DEFENDANTS

## ORDER

In accordance with the conditions of Amended General Order No. 54 and Local Rule 83.2 of the United States District Court for the Eastern District of Arkansas, Christopher Looney and Gary Wainwright are authorized to bring electronic devices into the Richard Sheppard Arnold United States Courthouse in Little Rock, Arkansas, on August 1, 2023 at 10:00 a.m. for a settlement conference in Courtroom 1C. A copy of this Order should be presented to the Court Security Officer upon entry.

DATED this 28th day of July, 2023.

                                                               _____
                                                               UNITED STATES MAGISTRATE JUDGE