UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRISTOPHER LOONEY, *et al.*                                  PLAINTIFFS

V.                          NO. 4:21-CV-165-KGB

WECO INC. AND GARY WAINWRIGHT                      DEFENDANTS

## ORDER

In accordance with the conditions of Amended General Order No. 54 and Local Rule 83.2 of the United States District Court for the Eastern District of Arkansas, Daniel Ford, Roger Todd Wooten, and Tony A. DiCarlo III are authorized to bring electronic devices into the Richard Sheppard Arnold United States Courthouse in Little Rock, Arkansas, on August 1, 2023 at 10:00 a.m. for a settlement conference in Courtroom 1C. A copy of this Order should be presented to the Court Security Officer upon entry.

DATED this 31st day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE