UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRISTOPHER LOONEY, *et al.*                                                      PLAINTIFFS

V.                                          NO. 4:21-CV-165-KGB

WECO INC., *et al.*                                                                  DEFENDANTS

## CLERK'S MINUTES

### SETTLEMENT CONFERENCE
### BEFORE MAGISTRATE JUDGE J. THOMAS RAY
### August 1, 2023

Present:
Plaintiff Christopher Looney; Attorney Daniel Ford.
Defendant Gary Wainright and Attorneys Todd Wooten, Tony DiCarlo III, and Abtin Mehdizadegan.

After negotiations in a settlement conference, the parties reached a settlement agreement of all claims in this class action, excluding the issue of attorney fees. Terms of the settlement agreement were recited by the Court, and the parties and counsel acknowledged approval of the terms as stated. Terms of the agreement are confidential. The Clerk of Court is directed to seal the record of this proceeding.

ECRO:   Suzy Flippen
Time in Court: 10:00 a.m. – 2:45 p.m.