## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHRISTOPHER LOONEY, individually and
on behalf of all others similarly situated**                                    **PLAINTIFF**

**v.**                                    **Case No. 4:21-cv-00165-KGB**

**WECO, INC., and GARY WAINWRIGHT**                                    **DEFENDANTS**

### ORDER

Before the Court is the status of this case.  The Court understands that plaintiff Christopher Looney, individually and on behalf of all others similarly situated, and defendants Weco, Inc. and Gary Wainwright reached a settlement agreement of all claims in this class action, excluding the issue of attorney fees (Dkt. No. 46).  The parties are directed to file by October 20, 2023, their dismissal documents or a joint status report.

It is so ordered this 20th day of September, 2023.

_____
Kristine G. Baker
United States District Judge