IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER LOONEY,**  **PLAINTIFFS**
Individually and on Behalf of All
Others Similarly Situated,

vs.  No. 4:21-cv-165-KGB

**WECO, INC., and GARY WAINWRIGHT**  **DEFENDANTS**

## NOTICE OF WITHDRAWAL OF CONSENTS TO JOIN

Notice is hereby given that the following Opt-In Plaintiffs withdraw their Consent to Join this case:

1) Akin, Gatlin;

2) Kunz, Daniel;

3) Marquardt, William;

4) Taylor, Anthony.

Respectfully submitted,

**CHRISTOPHER LOONEY, Individually
and on Behalf of All Others Similarly
Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Page 1 of 2
Christopher Looney, et al. v. Weco, Inc., et al.
U.S.D.C. (E.D. Ark.) No. 4:21-cv-165-KGB
Notice of Withdrawal of Consents to Join

        Daniel Ford
        Ark. Bar No. 2014162
        daniel@sanfordlawfirm.com

        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

**Page 2 of 2**
**Christopher Looney, et al. v. Weco, Inc., et al.**
**U.S.D.C. (E.D. Ark.) No. 4:21-cv-165-KGB**
**Notice of Withdrawal of Consents to Join**