IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRISTOPHER LOONEY, individually and
on behalf of all others similarly situated                                             PLAINTIFF

v.                          Case No. 4:21-cv-00165-KGB

WECO, INC., and GARY WAINWRIGHT                                                DEFENDANTS

## ORDER

Before the Court is attorney Daniel Ford's motion to withdraw as counsel for plaintiffs (Dkt. No. 49). Mr. Ford represents that he has resigned as a full-time member of the Sanford Law Firm, PLLC, effective October 6, 2023 (*Id*., ¶ 1). Mr. Ford further represents that Josh Sanford and any other attorneys of the Sanford Law Firm, PLLC, who have entered an appearance herein will remain counsel for all plaintiffs in this matter (*Id*., ¶ 2). For good cause shown, the Court grants the motion and relieves Mr. Ford as counsel for plaintiffs in this matter.

It is so ordered this 10th day of October, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge