IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER LOONEY, Individually**     **PLAINTIFFS**
**and on Behalf of All Others Similarly**
**Situated, and JASON NELSON**

vs.           No. 4:21-cv-165-KGB

**WECO, INC., and GARY WAINWRIGHT**     **DEFENDANTS**

## JOINT STATUS REPORT

Plaintiff Christopher Looney, individually and on behalf of all others similarly situated, by and through his attorney Josh Sanford of Sanford Law Firm, PLLC, hereby states the following:

1. On August 1, 2022, the Parties participated in a settlement conference before Magistrate Judge J. Thomas Ray which resulted in a settlement agreement resolving all of the claims in this class action, excluding attorney fees. (ECF No. 46)

2. On September 20, this Court ordered the parties to file dismissal documents or a joint status report by October 20, 2023. (ECF No. 47)

3. On October 19, the Parties filed a Joint Status Report apprising the Court of the status of settlement finalization. (ECF No. 51)

4. The Parties have finalized an agreement and received 9 of the 10 necessary signatures on the agreement.

5. Accordingly, the Parties require more time in order to fully execute their agreement and to finalize their Motion for Approval of Settlement.

6. The Parties anticipate filing dismissal documents or another joint status

report by November 24, 2023.

                              Respectfully submitted,

**CHRISTOPHER LOONEY, Individually and on Behalf of All Others Similarly Situated, and JASON NELSON, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and    **WECO, INC and GARY WAINWRIGHT, DEFENDANTS**

HALL BOOTH SMITH
500 President Clinton Avenue, Suite RL 20
Little Rock, Arkansas 72201
Telephone: (501) 435-3193
Facsimile: (501) 604-5566

*/s/ Todd Wooten*
Todd Wooten
Ark. Bar No. 94034
twooten@hallboothsmith.com

Tony A. Dicarlo
Ark. Bar No. 2006046
tdicarlo@hallboothsmith.com