# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHRISTOPHER LOONEY, individually and
on behalf of all others similarly situated**                                                    **PLAINTIFF**

v.                        Case No. 4:21-cv-00165-KGB

**WECO, INC., and GARY WAINWRIGHT**                                                  **DEFENDANTS**

## ORDER

Before the Court is the joint motion for approval of settlement and dismissal with prejudice (Dkt. No. 53). Based e-mail communication with all counsel, the Court understands that the parties wish to place under seal the proposed Settlement, Waiver, and Release Agreement that they filed to maintain the confidentiality of its terms (Dkt. No. 53-1). The Court directs the Clerk of Court to place under seal the proposed Settlement, Waiver, and Release Agreement attached to the parties' joint filing (Dkt. No. 53-1).

So ordered this 17th day of January, 2024.

_____
Kristine G. Baker
United States Chief District Judge