IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRISTOPHER LOONEY, Individually
and on Behalf of All Others Similarly
Situated, and JASON NELSON      PLAINTIFF

vs.      No. 4:21-cv-165-KGB

WECO, INC., and GARY WAINWRIGHT      DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly-paid field technician for Weco, Inc., and Gary Wainwright on or after March 1, 2018. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_Timothy Ford_
SIGNATURE

Timothy Ford
PRINTED NAME

12-29 , 2022
Date



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JANUARY 5, 2023**